**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10250 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00254-LDG |
| v. | MEMORANDUM[*] |
| CESAR CRUZ-ROBLES, a.k.a. Jose Perez-Martinez, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Cesar Cruz-Robles appeals from the district court's judgment and challenges

his guilty-plea conviction and 51-month sentence for being a deported alien found

unlawfully in the United States, in violation of 8 U.S.C. § 1326.  Pursuant to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Cruz-Robles's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Cruz-Robles has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

15-10250